Jonathan B. Frutkin (#025993)
**THE FRUTKIN LAW FIRM, PLC**
Two Renaissance Square
40 N Central Ave, Suite 1400
Phoenix, AZ 85004
jfrutkin@frutkinlaw.com
(480) 295-3470

Attorney for Debtors:
Michael and Rita Ketner

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 |
| | Case No. 2:09-bk-32052-RTB |
| **MICHAEL L. KETNER** and **RITA A. KETNER,** | **DEBTORS' OBJECTION TO U.S. BANK, NATIONAL ASSOCIATION'S MOTION TO LIFT THE AUTOMATIC BANKRUPTCY STAY** |
| Debtors. | |
| | Re: Real Property Located at 2632 East Lantana Drive Chandler, AZ 85286 |
| U.S. Bank, National Association | |
| Movant, | |
| vs. | |
| Michael L. Ketner and Rita A. Ketner, Debtors; Russell A. Brown, Trustee, | |
| Respondents. | |

    Debtors, Michael L. Ketner and Rita A. Ketner ("Debtors"), through undersigned counsel, hereby object to U.S. Bank's Motion to Lift the Automatic Bankruptcy Stay. U.S. Bank has filed its Motion with regard to the second Deed of Trust on Debtors' principal residence located at

1

2632 E. Lantana Drive, Chandler, Arizona 85286 ("the Property"). Debtors' Chapter 13 Plan filed on December 11, 2009, provides for the stripping of this second lien on the Property. Counsel for Debtors opened Adversary Proceeding 2:10-ap-01153-RTB to strip off this wholly unsecured second mortgage on June 23, 2010. The Adversary Complaint was filed and has been served.

Debtors will continue to service the first mortgage, also with U.S. Bank, outside the Chapter 13 Plan, and Debtors are current in those post-petition payments.

The stripping of the second lien is in process and will moot U.S. Bank's current Motion. Therefore, Debtors respectfully request U.S. Bank's Motion be denied.

DATED this 25th day of June, 2010.

**THE FRUTKIN LAW FIRM, PLC**

_____/s/ Jonathan B. Frutkin_____
Jonathan B. Frutkin (#025993)
Attorney for Debtors

Copy of the foregoing mailed
on the 25th day of June 2010, to:

**Tiffany & Bosco, P.A.**
Mark S. Bosco, Esq
Leonard J. McDonald, Esq
2525 E. Camelback Road
Third Floor
Phoenix, AZ 85016
Attorneys for U.S. Bank, N.A.

Office of the U.S. Trustee
230 N 1st Avenue
Suite 204
Phoenix, AZ 85003

Russell A. Brown
3838 N Central Avenue, Suite 800
Phoenix, AZ 85012-1965
Chapter 13 Trustee

/s/ Kim Phillips

3